UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **DENNIS RAY DAVIS** | **CIVIL ACTION NO. 22-1571-P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **STEVEN PRATOR, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 22), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding bail and the denial of a prompt court appearance be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and for failure to state a claim on which relief can be granted. **IT IS FURTHER ORDERED** that Plaintiff's remaining civil rights claims seeking declaratory relief for his allegedly unconstitutional confinement, convictions, and sentences be **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) until such time as the Heck conditions are met.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 20th day of August 2025.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE